UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RAZON AHMED,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-250-CCB-SJF

BRIAN ENGLISH,

Respondent.

ORDER

Immigration detainee Razon Ahmed, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. On March 3, 2026, the respondent filed a status report representing that the government had obtained travel documents from Bangladesh and that it would likely remove Ahmed within thirty days. ECF 6. The respondent also represented that it would supplement the status report if circumstances changed. *Id.* On March 6, 2026, an ICE official attested that Bangladesh issued a travel document for Ahmed on February 17, 2026, and that the government would find an available flight for him to return to Bangladesh in March 2026. ECF 7-2. The respondent also submitted a copy of the Bangladeshi travel document. ECF 7-1 at 2. As of the date of this order, Ahmed has not filed a reply, and the time to do so expired on March 27, 2026. ECF 3.

In sum, the record indicates that the circumstances described in the status report have likely changed since the Warden filed his response, so the court will order the

respondent to file a supplemental status report as to the petitioner's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status report by <u>May 1, 2026</u>.

SO ORDERED on April 24, 2026.

s/Scott J. Frankel  
Scott J. Frankel  
United States Magistrate Judge